BRYAN, Respondent, v. CARTER, Appellant. (Supreme Court, Appellate Division, Second Department. May 12, 1911.) Action by George F. Bryan against Bennett C. Carter.

PER CURIAM. Judgment of the Municipal Court modified, by striking out the award of costs to plaintiff, on the ground that no written notice for plaintiff, nor any verified pleading, was filed (Municipal Court Act [Laws 1902, c. 580] § 332), and further modified by striking

out the provision in the judgment that defendant is liable to arrest (Municipal Court Act, § 274), and, as thus modified, affirmed, without costs. See, also, 127 N. Y. Supp. 1114.